**McGLINCHEY STAFFORD**
Sanford Shatz (SBN 127229)
Christopher M. Lapidus (SBN 316005)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:   (949) 271-4040
Email:       sshatz@mcglinchey.com
             clapidus@mcglinchey.com

Attorneys for *Defendant* **BANK OF AMERICA, N.A.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cv-00854-DAD-SKO |
| Plaintiff, | District Court Judge Hon. Dale A. Drozd<br>Magistrate Judge Hon. Sheila K. Oberto<br>Dept. 7C |
| v. | |
| JG SNIDER ENTERPRISES, INC. d/b/a TANI BONSAI AND LANDSCAPING; JOHN G. SNIDER; COLLEEN FAUGH-SNIDER; CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, N.A.; ANN LEALE; STUART SNIDER, and STANISLAUS COUNTY, CALIFORNIA; | **STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 13)<br><br>**Complaint Filed**: May 28, 2021<br>**Trial Date**:    N/A |
| Defendants. | |

Plaintiff United States of America (the "Government") and Defendant Bank of

America, N.A. ("BANA," and together with the Government, the "Parties"), by and

**1** through their respective counsel of record, hereby stipulate and agree to extend

**2** BANA's deadline to respond to the Government's Complaint, from June 22, 2021 to

**3** July 30, 2021, for the reasons set forth herein.

**4** **RECITALS**

**5**     1. WHEREAS, on May 28, 2021, the Government initiated this action by

**6** filing its Complaint.

**7**     2. WHEREAS, on June 1, 2021, the Government served the Complaint on

**8** BANA's registered agent for service of process.

**9**     3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1),

**10** BANA's deadline to serve a responsive pleading is currently June 22, 2021.

**11**     4. WHEREAS, to facilitate early settlement discussions, and in effort to

**12** save unnecessary costs and promote judicial economy and judicial efficiency in

**13** connection with the management of the case, counsel for the Government agreed to

**14** provide BANA a thirty-eight-day extension of time to file and serve a pleading

**15** responsive to the Complaint, thereby extending BANA's deadline to respond to the

**16** Complaint to July 30, 2021.

**17**     5. In light of the fact that the Parties are attempting to resolve this dispute in

**18** good faith and without Court intervention, and that additional time is needed to

**19** potentially resolve this dispute prior to BANA's current deadline to file a responsive

**20** pleading, and because the parties are waiting for the other lender defendants to appear

**21** in the action and participate in this portion of the settlement discussions, and that the

**22** parties to this stipulation expect that the other lender defendants will participate in any

**23** partial settlement, effectively minimizing the lenders' participation in this action, and

**24** in an effort to save unnecessary costs and promote judicial economy and judicial

**25** efficiency in connection with the management of the case, the Parties believe that

**26** BANA's deadline to file a responsive pleading should be extended at least thirty-eight

**27** (38) days.

**28**

**STIPULATION AND ORDER TO EXTEND**
**DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**
17216278.1

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to the Order of the Court, that BANA's deadline to file a pleading responsive to the Complaint, currently set for June 22, 2021, be extended thirty-eight (38) days to July 30, 2021, or to another date that the Court deems appropriate.

**IT IS SO STIPULATED.**


DATED: June 17, 2021                    **McGLINCHEY STAFFORD**



By: */s/ Sanford Shatz*
    SANFORD SHATZ
    CHRISTOPHER M. LAPIDUS
Attorneys   for  *Defendant*  **BANK  OF AMERICA, N.A.**


DATED: June 17, 2021                    **UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION**



By: */s/ Isaac M. Hoenig*
    ISAAC M. HOENIG
Attorneys for *Plaintiff* **UNITED STATES OF AMERICA**

**STIPULATION AND ORDER TO EXTEND
DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**

17216278.1

**1**

<u>**ORDER**</u>

**2**    Pursuant to the parties' above stipulation (Doc. 13), and for good cause shown,

**3** IT IS HEREBY ORDERED that the deadline for Defendant Bank of America, N.A. to

**4** file a responsive pleading is hereby extended to July 30, 2021.

**5**

**6** IT IS SO ORDERED.

**7** Dated:    **June 21, 2021**                         /s/ *Sheila K. Oberto*

**8**                                                        UNITED STATES MAGISTRATE JUDGE

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

**STIPULATION AND ORDER TO EXTEND**
**DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**

17216278.1

**ECF ATTESTATION**

I, Sanford Shatz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE A RESPONSIVE PLEADING. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  June 17, 2021                                    ___*/s/ Sanford Shatz*____

                                                              Sanford Shatz

**STIPULATION AND ORDER TO EXTEND**
**DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**
17216278.1