UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JG SNIDER ENTERPRISES, INC., et al.,<br><br>Defendants. | No. 1:21-cv-00854-DAD-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS CHARLES SUMNER WINSTON III AND MARSHA LEA WINSTON-FAYER<br><br>(Docs. 25, 26) |

On August 9, 2021, Plaintiff filed a "Notice of Dismissal and Disclaimer of Interest" as to each of Defendants Charles Sumner Winston III and Marsha Lea Winston-Fayer, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Docs. 25, 26.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed its notices before Defendants Charles Sumner Winston III and Marsha Lea Winston-Fayer served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed Charles Sumner Winston III and Marsha Lea Winston-Fayer with prejudice, and this case has automatically terminated as to those defendants. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendants Charles Sumner Winston III and Marsha Lea Winston-Fayer.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **August 10, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE