**McGLINCHEY STAFFORD**
Sanford Shatz (SBN 127229)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:   (949) 271-4040
Email:        sshatz@mcglinchey.com
                dsharma@mcglinchey.com

Attorneys for *Defendant* **BANK OF AMERICA, N.A.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JG SNIDER ENTERPRISES, INC. d/b/a TANI BONSAI AND LANDSCAPING; JOHN G. SNIDER; COLLEEN FAUGH-SNIDER; CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, N.A.; ANN LEALE; STUART SNIDER, and STANISLAUS COUNTY, CALIFORNIA;<br><br>                    Defendants. | Case No.: 1:21-cv-00854-DAD-SKO<br><br>District Court Judge Hon. Dale A. Drozd<br>Magistrate Judge Hon. Sheila K. Oberto<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 38)<br><br><u>**Complaint Filed**</u>: May 28, 2021<br><u>**Trial Date**</u>:   N/A |

Plaintiff United States of America (the "<u>Government</u>") and Defendant Bank of

America, N.A. ("<u>BANA</u>," and together with the Government, the "<u>Parties</u>"), by and

1

through their respective counsel of record, hereby stipulate and agree to extend BANA's deadline to respond to the Government's Complaint, from September 3, 2021, to September 30, 2021.  This is the third request for an extension for BANA to respond to the Complaint.  The Court previously extended BANA's response time from June 22, 2021 to July 30, 2021, and then to September 3, 2021.

**RECITALS**

1.      WHEREAS, on May 28, 2021, the Government initiated this action by filing its Complaint.

2.      WHEREAS, on June 1, 2021, the Government served the Complaint on BANA's registered agent for service of process.

3.      WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), BANA's deadline to serve a responsive pleading was June 22, 2021.

4.      WHEREAS, to facilitate early settlement discussions, and in effort to save unnecessary costs and promote judicial economy and judicial efficiency in connection with the management of the case, counsel for the Government agreed to provide BANA a thirty-eight-day extension of time to file and serve a pleading responsive to the Complaint, thereby extending BANA's deadline to respond to the Complaint to July 30, 2021. *See* (Dkt. 14).

5.      In light of the fact that the Parties are attempting to resolve their portion of this dispute in good faith and without Court intervention, and that additional time is needed to potentially resolve this dispute prior to BANA's current deadline to file a responsive pleading, , and that the parties to this stipulation expect that the other lender defendants will participate in any partial settlement, effectively minimizing the lenders' participation in this action, and in an effort to save unnecessary costs and promote judicial economy and judicial efficiency in connection with the management of the case, the Parties believed that BANA's deadline to file a responsive pleading should be extended at least thirty more days, to September 3, 2021, from July 30,

2021. The Court granted the Parties' request to extend BANA's time to respond until September 3, 2021 on August 31, 2021. (Dkt. 23).

6.      Prior to BANA responding, the Government informed BANA's counsel that BANA had recorded several deeds of trust that were the subject of this action, and that the Government's investigation revealed the BANA had also recorded several abstracts of judgment, which were unknown to BANA's counsel.  BANA's counsel investigated the abstracts of judgment, which cause him to consult other counsel and departments at BANA, delaying BANA's ability to respond fully to the complaint. BANA believes that it will be able to respond to the complaint by the end of September and continue the settlement negotiations with the Government.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to the Order of the Court, that BANA's deadline to file a pleading responsive to the Complaint, currently set for September 3, 2021, be extended twenty-seven days to September 30, 2021, or to another date that the Court deems appropriate.

**IT IS SO STIPULATED.**

DATED:  September 15, 2021          **McGLINCHEY STAFFORD**

By:  */s/ Sanford Shatz*
    SANFORD SHATZ
    DHRUV M. SHARMA
    Attorneys   for   *Defendant*   **BANK   OF AMERICA, N.A.**

DATED:  September 15, 2021          **UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION**

By:  */s/ Isaac M. Hoenig*
    ISAAC M. HOENIG
    Attorneys for *Plaintiff* **UNITED STATES OF AMERICA**

## ORDER

Plaintiff United States of America filed its complaint on May 28, 2021.  (Doc. 1.)  On July 28, 2021, Plaintiff and Defendant Bank of America, N.A. ("Defendant") stipulated to extend the time for Defendant to respond to the complaint to September 3, 2021.  (*See* Docs. 22 & 23.)

The parties filed the above stipulation to extend the time for Defendant to respond to the complaint (Doc. 38) on September 16, 2021—thirteen days after Defendant's responsive pleading deadline.  Although the Court may extend time to file a responsive pleading after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated—much less shown—here.  Notwithstanding this deficiency, given the absence of bad faith or prejudice to Plaintiff (as evidenced by the parties' agreement to the extension of time), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request.  ***The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.***

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. shall respond to Plaintiff's complaint on or before September 30, 2021.

IT IS SO ORDERED.

Dated:   **September 17, 2021**          */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE