DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)-307-5963
Facsimile: (202)-307-0054
Isaac.M.Hoenig@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JG SNIDER ENTERPRISES, INC d/b/a TANI BONSAI AND LANDSCAPING;<br>JOHN G. SNIDER;<br>COLLEEN FAUGH-SNIDER;<br>CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994;<br>MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994;<br>US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI;<br>BANK OF AMERICA, N.A;<br>CAPITAL ONE BANK, N.A;<br>ANN LEALE;<br>STUART SNIDER, and<br>STANISLAUS COUNTY, CALIFORNIA;<br><br>Defendants. | Case No. 1:21-cv-00854-DAD-SKO<br><br>**STIPULATION AND ORDER CONCERNING PRIORITY BETWEEN THE UNITED STATES, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI, BANK OF AMERICA, N.A., ANN LEALE, STUART SNIDER and STANISLAUS COUNTY, CALIFORNIA**<br><br>(Doc. 45) |

1

The United States of America, Bank of America, N.A. ("Bank of America"), U.S. Bank National Association as Trustee for ABS Loan Trust VI ("U.S. Bank"), Stanislaus County, California ("Stanislaus County"), Ann Leale, and Stuart Snider, together referred to as "the parties", agree and stipulate as follows:

1. On May 28, 2021 the United States initiated this action seeking to:

    a. reduce federal tax assessments to judgment against JG Snider Enterprises Inc.;

    b. determine that defendants John G. Snider, and Colleen Snider are alter-egos of JG Snider Enterprises Inc.

    c. Determine the validity and priority of the liens and claims of all parties to a parcel of real property located at 2652 Elizabeth Way, Turlock, California 95382, described more completely at paragraph 22 of the United States' Complaint and referred to as the "Elizabeth Way Property."

    d. Foreclose federal tax liens on a parcel of real property located at 2816 Sandling Avenue, Denair, California 95316, described more completely at paragraph 25 of the United States' Complaint and referred to as the "Sandling Avenue Property."

    e. Foreclose federal tax liens on a parcel of real property located at 1800 Fulkerth Road, Turlock, California 95380, described more completely at paragraph 28 of the United States' Complaint and referred to as the "Fulkerth Road Property."

**The Parties' Liens**

2. The United States' federal tax liens, which are identified in the United States' Complaint in the above-captioned matter, encumber the Elizabeth Way Property, the Sandling Avenue Property, and the Fulkerth Road Property (collectively referred to as the "Subject Properties"). To make its federal tax liens valid against certain creditors, *see* 26 U.S.C. § 6323(a), the United States' recorded the following Notices of Federal Tax

Liens against John G. Snider as the alter-ego of JG Snider Enterprises Inc. with the Stanislaus County Recorder's Office:

| Recording date | Recording location | Lien Number | Tax Type | Tax Period |
|---|---|---|---|---|
| 6/3/2019 | Stanislaus County | 2019--0035257-00 | 941<br>941<br>941<br>941<br>1120<br>1120<br>1120<br>940 | 2017 q4<br>2018 q1<br>2018 q2<br>2018 q3<br>2013<br>2014<br>2015<br>2017 |
| 12/20/2018 | Stanislaus County | 2018--0086958-00 | 941<br>941<br>941<br>941<br>941<br>941<br>941 | 2016 q1<br>2016 q2<br>2016 q3<br>2016 q4<br>2017 q1<br>2017 q2<br>2017 q3 |
| 12/20/2018 | Stanislaus County | 2018--0086961-00 | 940<br>940<br>940<br>941<br>941<br>941<br>941<br>941<br>941<br>941<br>941<br>941<br>941<br>941 | 2013<br>2014<br>2015<br>2013 q2<br>2013 q3<br>2013 q4<br>2014 q1<br>2014 q2<br>2014 q3<br>2014 q4<br>2015 q1<br>2015 q2<br>2015 q3<br>2015 q4 |

*Table 1: Notices of Federal Tax Lien Recorded Against John G. Snider as Alter-Ego of JG Snider Enterprises Inc.*

3. The United States also recorded the following Notices of Federal Tax Lien against Colleen Faugh-Snider as alter-ego of JG Snider Enterprises Inc:

| Recording date | Recording location | Lien Number | Tax Type | Tax Period |
|---|---|---|---|---|
| 6/3/2019 | Stanislaus County | 2019--0035256-00 | 941<br>941<br>941 | 2017 q4<br>2018 q1<br>2018 q2 |

3

|  |  |  | 941 | 2018 q3 |
|---|---|---|---|---|
|  |  |  | 1120 | 2013 |
|  |  |  | 1120 | 2014 |
|  |  |  | 1120 | 2015 |
|  |  |  | 940 | 2017 |
| 12/20/2018 | Stanislaus County | 2018--0086959-00 | 940 | 2013 |
|  |  |  | 940 | 2014 |
|  |  |  | 940 | 2015 |
|  |  |  | 941 | 2013 q2 |
|  |  |  | 941 | 2013 q3 |
|  |  |  | 941 | 2013 q4 |
|  |  |  | 941 | 2014 q1 |
|  |  |  | 941 | 2014 q2 |
|  |  |  | 941 | 2014 q3 |
|  |  |  | 941 | 2014 q4 |
|  |  |  | 941 | 2015 q1 |
|  |  |  | 941 | 2015 q2 |
|  |  |  | 941 | 2015 q3 |
|  |  |  | 941 | 2015 q4 |
| 12/20/2018 | Stanislaus County | 2018--0086960-00 | 941 | 2016 q1 |
|  |  |  | 941 | 2016 q2 |
|  |  |  | 941 | 2016 q3 |
|  |  |  | 941 | 2016 q4 |
|  |  |  | 941 | 2017 q1 |
|  |  |  | 941 | 2017 q2 |
|  |  |  | 941 | 2017 q3 |

*Table 2: Notices of Federal Tax Lien Recorded Against Colleen Faugh-Snider as Alter-Ego of JG Snider Enterprises Inc.*

4. U.S. Bank was named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Properties.

5. U.S. Bank has an interest in the Elizabeth Way Property by virtue of a Deed of Trust, listing Bank of America as the beneficiary, securing a revolving credit amount recorded with the Stanislaus County Recorder's Office on 3/14/2005 as Document No. 2005-0041873-00. A modification of the deed of trust increasing the credit amount was recorded on 3/27/2006 as Document No. 2006-0045261-00. The deed of trust was assigned to U.S. Bank and an Assignment of Deed of Trust was recorded on 3/18/2019 as Document No. 2019-0015801-00. A Corporate Assignment of Deed of Trust assigning

4

the Deed of Trust to U.S. Bank was recorded on 7/29/2020 as Document No. 2020-0055151.

6. U.S. Bank does not have an interest in the Sandling Avenue Property and does not have an interest in the Fulkerth Road Property.

7. Bank of America was named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Properties.

8. Bank of America has an interest in the Elizabeth Way Property by virtue of a deed of trust recorded on 6/13/2003 as Document No. 2003-0096091-00.

9. Bank of America has an interest in the Sandling Avenue Property by virtue of a deed of trust recorded on 2/17/2005 as Document No. 2005-0028199-00.

10. Bank of America also has an interest in the Subject Properties by virtue of an abstract of judgment recorded on 9/25/2015 as Document No. 2015-0076622-00. This judgment was assigned to Gulf Coast Bank and Trust Company, who recorded an Amended Abstract of Judgment on 6/22/2020 as Document No. 2020-0052331-00. The June 22, 2020, amendment in favor of Gulf Coast Bank and Trust Company relates back to the filing by Bank of America on September 25, 2015.

11. Stanislaus County was named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Properties.

12. Stanislaus County has an interest in the Subject Properties by virtue of Certificates of Lien recorded on 2/26/2018 and 2/22/2019 as Document Nos. 2018-0012693-00 and 2019-0010260-00 respectively and by virtue of any unpaid real property taxes or special assessments. Stanislaus County's interest in the Subject Properties have priority over the liens of the other parties in this case pursuant to Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6).

5

13. Ann Leale was named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Subject Properties.

14. Ms. Leale has an interest in the Fulkerth Road Property by virtue of a deed of trust recorded on 1/26/2012 as Document No. 2012-0006938.

15. Stuart Snider was named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the Subject Properties.

16. Mr. Snider has an interest in the Fulkerth Road Property by virtue of a deed of trust recorded on 1/26/2012 as Document No. 2012-0006939.

**Priority of Liens Attached to the Elizabeth Way Property**

17. The parties stipulate and agree that in the event the Court orders the sale of the Elizabeth Way Property, it will be sold free and clear of all the interests of the parties to this case. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed as follows between the parties:

| Priority | Party |
| --- | --- |
| 1 | **United States:** to the extent of its costs and expenses of the sale excluding attorney's fees as reflected in paragraph 21 below. |
| 2 | **Stanislaus County:** to the extent there is any unpaid amount owed to Stanislaus County to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the Elizabeth Way Property such amount will be pro-rated through the date of the sale confirmation and distributed to Stanislaus County. |
| 3 | **Bank of America:** by virtue of its deed of trust recorded on 6/13/2003 as Document No. 2003-0096091-00. |
| 4 | **U.S. Bank:** by virtue of its deed of trust recorded on 3/14/2005 as Document No. |

6

| | |
|---|---|
| | 2005-0041873-00, modified on 3/27/2006 as Document No. 2006-0045261-00. |
| 5 | **Gulf Coast Bank and Trust Company** by virtue of its amended abstract of judgment recorded on 6/22/2020 as Document No. 2020-0052331-00, which relates back to Bank of America**'s** abstract of judgment recorded on 9/25/2015 as Document No. 2015-0076622-00. |
| 6 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/26/2018 as Document No. 2018-0012693-00 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |
| 7 | **United States**: on account of its Notices of Federal Tax Lien described at paragraphs 2 and 3 of this stipulation. |
| 8 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/22/2019 as Document No. 2019-0010260 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |

*Table 3: Priority of Liens Attached to the Elizabeth Way Property*

**Priority of Liens Attached to the Sandling Avenue Property**

18. The parties stipulate and agree that in the event the Court orders the sale of the Sandling Avenue Property, it will be sold free and clear of all the interests of the parties to this case. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed as follows between the parties:

| Priority | Party |
|---|---|
| 1 | **United States** to the extent of its costs and expenses of the sale excluding attorney's fees as reflected in paragraph 21 below. |
| 2 | **Stanislaus County** to the extent there is any unpaid amount owed to Stanislaus County to which 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the |

7

|   | |
|---|---|
|   | Sandling Avenue Property such amount will be pro-rated through the date of the sale confirmation and distributed to Stanislaus County. |
| 3 | **Bank of America** by virtue of a deed of trust recorded on 2/17/2005 as Document No. 2005-0028199-00. |
| 4 | **Gulf Coast Bank and Trust Company** by virtue of its amended abstract of judgment recorded on 6/22/2020 as Document No. 2020-0052331-00, which relates back to Bank of America**'s** abstract of judgment recorded on 9/25/2015 as Document No. 2015-0076622-00. |
| 45 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/26/2018 as Document No. 2018-0012693-00 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |
| 6 | **United States**: on account of its Notices of Federal Tax Lien described at paragraphs 2 and 3 of this stipulation. |
| 7 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/22/2019 as Document No. 2019-0010260 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |

*Table 4: Priority of Liens Attached to the Sandling Avenue Property*

**Priority of Liens Attached to the Fulkerth Road Property**

19. The parties stipulate and agree that in the event the Court orders the sale of the Fulkerth Road Property, it will be sold free and clear of all the interests of the parties to this case. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed as follows between the parties:

| Priority | Party |
|---|---|
| 1 | **United States** to the extent of its costs and expenses of the sale excluding attorney's |

|   |   |   |
|---|---|---|
|   |   | fees as reflected in paragraph 21 below. |
|   | 2 | **Stanislaus County** to the extent there is any unpaid amount owed to Stanislaus County to which 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the Fulkerth Road Property such amount will be pro-rated through the date of the sale confirmation and distributed to Stanislaus County. |
|   | 3 | **Ann Leale** by virtue of her deed of trust recorded on 1/26/2012 as Document No. 2012-0006939. |
|   | 4 | **Stuart Snider** by virtue of his deed of trust recorded on 1/26/2012 as Document No. 2012-0006939. |
|   | 5 | **Gulf Coast Bank and Trust Company** by virtue of its amended abstract of judgment recorded on 6/22/2020 as Document No. 2020-0052331-00, which relates back to Bank of America**'s** abstract of judgment recorded on 9/25/2015 as Document No. 2015-0076622-00. |
|   | 6 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/26/2018 as Document No. 2018-0012693-00 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |
|   | 7 | **United States**: on account of its Notices of Federal Tax Lien described at paragraphs 2 and 3 of this stipulation. |
|   | 8 | **Stanislaus County:** to the extent there is any unpaid amount secured by the Certificate of Lien recorded on 2/22/2019 as Document No. 2019-0010260 to which Cal. Rev. & Tax. Code § 2192.1 and 26 U.S.C. § 6323(b)(6) do not apply. |

*Table 5: Priority of Liens Attached to the Fulkerth Road Property*

20. If the parties cannot stipulate as to the amounts of their liens, the parties shall file written briefs setting forth their positions and the Court shall determine the amounts of the liens.

9

21. The parties agree to bear their own costs and attorney's fees in connection with their claims against each other, except the costs incurred in selling the Subject Properties, which are to be reimbursed from the proceeds of the sale of the Subject Properties prior to satisfying the outstanding liens.

22. With respect to any subject property, upon request by the United States, U.S. Bank and Bank of America ("Lender Parties") will provide payoff information regarding the mortgages on said subject property pursuant to California Civil Code §2943.

23. If the liability secured under a particular Deed of Trust on the subject property is not fully satisfied when Lender Parties are paid, they retain their rights and interests as described in the Notes, Deed of Trusts, and applicable state law.

24. The Lender Parties agree to comply with discovery requests from the United States or any other party.

25. The Lender Parties agree to provide declarations or witnesses to authenticate documents in its custody or control as necessary when requested by the United States or any other party.

26. Except as provided above, the Lender Parties shall be excused from further participation in this case, including, but not limited to scheduling conferences, settlement conference, and trial, and shall be deemed essentially as third parties to the action.

27. The Lender Parties agree to be bound by all orders of the Court in this case.

28. Notwithstanding the foregoing, the Lender Parties retain any and all rights they may have to recover attorney's fees and costs pursuant to the terms of their respective Notes and Deeds of Trust, including any rights to add attorney's fees and costs to the amount due under the loan documents.

//

| | | |
|---|---|---|
| 1 | Dated: December 2, 2021 | Respectfully Submitted, |
| 2 | | |
| 3 | | DAVID A. HUBBERT<br>Deputy Assistant Attorney General |
| 4 | | */s/ Isaac M. Hoenig*<br>ISAAC M. HOENIG |
| 5 | | Trial Attorney, Tax Division<br>P.O. Box 683, Ben Franklin Station |
| 6 | | Washington, D.C. 20044-0683<br>Telephone: (202)-307-5963 |
| 7 | | Facsimile: (202)-307-0054<br>Isaac.M.Hoenig@usdoj.gov |
| 8 | | *Attorney for the United States of America* |

Dated: _____

Ann Leale
9485 Oakwilde Avenue
Stockton, California 95212
aeleale@gmail.com
*Pro-Se*

Dated: _____

Stuart Snider
4424 Surita St.
Sacramento, CA 95864
stuart@tiner.com
*Pro-Se*

Dated: November 30, 2021

*/s/ Sanford Shatz (with permission)*
Sanford Shatz
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Sshatz@mcglinchey.com
*Attorney for Defendant Bank of America, N.A.*

Dated: November 18, 2021

*/s/ Todd Chvat (with permission)*
Todd Chvat
4665 MacArthur Court
Newport Beach, CA 92660
tchavt@wrightlegal.net
*Attorney for Defendant U.S. Bank, N.A., as Trustee for ABS Loan Trust VI*

11

Dated: November 18, 2021 */s/ Dan Farrar* (*with permission*)
Dan Farrar
Attorney at Law
600 E. Main Street, Suite 100
Turlock, CA 95380
Danlaw1@msn.com
*Attorney Defendant Stanislaus County, California*

**ORDER**

IT IS SO ORDERED.

Dated:   **December 30, 2021**          /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices. In addition, I delivered the foregoing by email to:

Ann Leale
9485 Oakwilde Avenue
Stockton, California 95212
aleale@gmail.com

Stuart Snider
4424 Surita St.
Sacramento, CA 95864
stuart@tiner.com

*/s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice