DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)-307-5963
Facsimile: (202)-307-0054
Isaac.M.Hoenig@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JG SNIDER ENTERPRISES, INC d/b/a TANI BONSAI AND LANDSCAPING, ET AL.<br><br>Defendants. | Case No. 1:21-cv-00854-DAD-SKO<br><br>**STIPULATION BETWEEN THE UNITED STATES, ANN LEALE, STUART SNIDER and STANISLAUS COUNTY, CALIFORNIA; ORDER**<br><br>**(Doc. 51)** |

The United States of America, Stanislaus County, California ("Stanislaus County"), Ann Leale, and Stuart Snider, together referred to as "the parties", agree and stipulate as follows:

1. On January 3, 2022, the Court approved a stipulation among the United States of America, Bank of America, N.A. ("Bank of America"), U.S. Bank National Association as Trustee for ABS Loan Trust VI ("U.S. Bank"), Stanislaus County, California ("Stanislaus County"), Ann Leale, and Stuart Snider regarding the priority of their respective liens to the property at issue in this action. (Dkt. 47).
2. The January 3, 2022 Stipulation excused U.S. Bank and Bank of America from further participation in this case with certain exceptions. *Id.* ¶¶ 22-27. The Stipulation did not

excuse Ann Leale, Stuart Snider, or Stanislaus County from this case.

WHEREFORE, the United States, Ann Leale, Stuart Snider, and Stanislaus County hereby stipulate that:

A. With respect to any subject property, upon request by the United States, Ann Leale, Stuart Snider and Stanislaus County will provide payoff information regarding their liens on the subject property at issue in this action.

B. Ann Leale, Stuart Snider and Stanislaus County agree to comply with discovery requests from the United States or any other party.

C. Ann Leale, Stuart Snider and Stanislaus County agree to provide declarations or witnesses to authenticate documents in their custody or control as necessary when requested by the United States or any other party.

D. Except as provided above, Ann Leale, Stuart Snider and Stanislaus County shall be excused from further participation in this case, including, but not limited to scheduling conferences, settlement conference, and trial, and shall be deemed essentially as third parties to the action, except to the extent they deem necessary to protect their rights.

E. Ann Leale, Stuart Snider and Stanislaus County agree to be bound by all orders of the Court in this case.

Dated: January 18, 2022

Respectfully Submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*<u>/s/ Isaac M. Hoenig</u>*
ISAAC M. HOENIG
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)-307-5963
Facsimile: (202)-307-0054
Isaac.M.Hoenig@usdoj.gov

*Attorney for the United States of America*

Dated:

/s/______________________________
Ann Leale
9485 Oakwilde Avenue
Stockton, California 95212
aeleale@gmail.com
*Pro-Se*

Dated:

/s/______________________________
Stuart Snider
4424 Surita St.
Sacramento, CA 95864
stuart@tiner.com
*Pro-Se*

Dated: January 5, 2022

*/s/ Dan Farrar (with permission)*
Dan Farrar
Attorney at Law
600 E. Main Street, Suite 100
Turlock, CA 95380
Danlaw1@msn.com
*Attorney Defendant Stanislaus County, California*

**ORDER**

IT IS SO ORDERED.

Dated: **January 19, 2022**

/s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE