1 | DAVID A. HUBBERT
  | Deputy Assistant Attorney General
2 |
  | ISAAC M. HOENIG
3 | Trial Attorney, Tax Division
  | P.O. Box 683, Ben Franklin Station
4 | Washington, D.C. 20044-0683
  | Telephone: (202)-307-5963
5 | Facsimile: (202)-307-0054
  | Isaac.M.Hoenig@usdoj.gov
6 | *Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JG SNIDER ENTERPRISES, INC d/b/a TANI BONSAI AND LANDSCAPING; JOHN G. SNIDER; COLLEEN FAUGH-SNIDER; CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI; BANK OF AMERICA, N.A; CAPITAL ONE BANK, N.A; ANN LEALE; STUART SNIDER, and STANISLAUS COUNTY, CALIFORNIA;<br><br>　　　Defendants. | Case No. 1:21-cv-00854-DAD-SKO<br><br>**STIPULATION TO AMEND COMPLAINT; ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT**<br><br>**(Docs. 55 & 57)** |

1

The United States of America and Defendants JG Snider Enterprises, Inc., John Snider, and Colleen Snider (collectively "the parties") hereby stipulate pursuant to Fed. R. Civ. P. 15(a)(2) that the United States has written consent to amend its complaint by filing the proposed amended complaint attached as Exhibit 1 to its Motion to Amend Complaint filed with the Court on March 2, 2022. (Dkt. 55-2). In support, the parties aver as follows:

1. On March 2, 2022, the United States filed a motion to amend its complaint in this action pursuant to Fed. R. Civ. P. 15 to (1) add a claim to foreclose federal tax liens against the real property located at 2652 Elizabeth Way, Turlock, California 95382 and described more completely at paragraph 22 of the United States' Complaint in this matter (the "Elizabeth Way Property"), and (2) to add Gulf Coast Bank and Trust Company ("Gulf Coast") as a defendant in this matter pursuant to 26 U.S.C. § 7403(b). (Dkt. 55).

2. JG Snider Enterprises, Inc., John G. Snider, and Colleen Snider have reviewed the United States' motion and the associated proposed amended complaint and have no opposition to the United States filing the proposed amended complaint.

3. All other parties have been excused from further participation in this case. (Dkt.s 47, 53).

WHEREFORE, the parties hereby stipulate that the United States may amend its complaint by filing the attached proposed amended complaint attached as Exhibit 1 to the United States' motion to amend complaint. (Dkt. 55-2).

//

//

//

//

2

Dated: March 15, 2022          ,                    Respectfully Submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)-307-5963
Facsimile: (202)-307-0054
Isaac.M.Hoenig@usdoj.gov
*Attorney for the United States of America*

*/s/ Shane Smith (with permission)*
Shane G. Smith
7647 North Fresno Street
Fresno, California 93720
(559) 433-1300
Shane.smith@mccormickbarstow.com
*Attorney Defendants JG Snider Enterprises Inc., John G. Snider, Coleen Faugh-Snider*

**ORDER**

Having reviewed the foregoing stipulation of the parties (Doc. 57), and good cause existing therefore, the Court hereby ORDERS that:

1. Within two days of the date of this order, Plaintiff SHALL file a first amended complaint in the form that is attached as Exhibit 1 to Plaintiff's motion to amend the complaint (Doc. 55); and

2. Plaintiff's motion to amend the complaint (Doc. 55) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **March 15, 2022**                         */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

3