**McGLINCHEY STAFFORD**
Sanford P. Shatz (SBN 127229)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:  (949) 271-4040
Email:   sshatz@mcglinchey.com
        dsharma@mcglinchey.com

Attorneys for *Defendant* **BANK OF AMERICA, N.A.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cv-00854-DAD-SKO |
| Plaintiff, | District Court Judge Hon. Dale A. Drozd Magistrate Judge Hon. Sheila K. Oberto Dept. 7C |
| v. | |
| JG SNIDER ENTERPRISES, INC. d/b/a TANI BONSAI AND LANDSCAPING; JOHN G. SNIDER; COLLEEN FAUGH-SNIDER; CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, N.A.; ANN LEALE; STUART SNIDER, and STANISLAUS COUNTY, CALIFORNIA; | **STIPULATION AND ORDER RE BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** (Doc. 61) Action Filed: May 28, 2021 Trial Date:   N/A |
| Defendants. | |

*Plaintiff* United States of America (the "Government") and *Defendant* Bank of America, N.A. ("BANA," and together with the Government, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1. WHEREAS, on May 28, 2021, the Government initiated this action by filing its Complaint against BANA and other defendants;

2. WHEREAS, BANA answered the Complaint on September 30, 2021 ("BANA's Answer"), [*see* Dkt. No. 42] ;

3. WHEREAS, on December 2, 2021, the Parties entered a Stipulation Concerning Priority, wherein they agreed to a priority of liens regarding each real property referred to in the Complaint, and for BANA to be excused from further participation in this action, among other things, [*see* Dkt. 45];

4. WHEREAS, the Court approved the Stipulation Concerning Priority on January 3, 2022, [*see* Dkt. 47];

5. WHEREAS, the Government filed its First Amended Complaint (the "FAC") on March 17, 2022, [*see* Dkt. 60];

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to an order of the Court, that BANA's Answer shall be deemed to be its response to the FAC and that no further response from BANA shall be required. To the extent there are allegations in the FAC that are not addressed in BANA's Answer, BANA shall be deemed to have denied such allegations.

**IT IS SO STIPULATED.**

DATED:  March 21, 2022         **McGLINCHEY STAFFORD**

By: */s/ Sanford P. Shatz*
    SANFORD P. SHATZ
    DHRUV M. SHARMA
Attorneys for *Defendant* **BANK OF AMERICA, N.A.**

DATED: March 21, 2022

**UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION**

By: */s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Attorneys for *Plaintiff* **UNITED STATES OF AMERICA**

## ECF ATTESTATION

I, Sanford Shatz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S DEADLINE TO FILE A RESPONSIVE PLEADING. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 21, 2022      */s/ Sanford P.Shatz*
                                                    Sanford P. Shatz

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the foregoing Stipulation. (Doc. 61.) Defendant Bank of America, N.A. ("BANA")'s Answer (Doc. 42) shall be deemed to be its response to the Plaintiff United States of America's First Amended Complaint (Doc. 60) (the "FAC") and that no further response from BANA shall be required. To the extent there are allegations in the FAC that are not addressed in BANA's Answer, BANA shall be deemed to have denied such allegations.

IT IS SO ORDERED.

Dated: **March 23, 2022**             /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE