DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)-307-5963
Facsimile: (202)-307-0054
Isaac.M.Hoenig@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JG SNIDER ENTERPRISES, INC d/b/a TANI BONSAI AND LANDSCAPING; JOHN G. SNIDER; COLLEEN FAUGH-SNIDER; CHARLES SUMNER WINSTON III, SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; MARSHA LEA WINSTON-FAYER SUCCESSOR CO-TRUSTEE OF THE NADINE SNIDER WINSTON REVOCABLE TRUST DATED APRIL 26, 1994; US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR ABS LOAN TRUST VI; BANK OF AMERICA, N.A; CAPITAL ONE BANK, N.A; ANN LEALE; STUART SNIDER, and STANISLAUS COUNTY, CALIFORNIA;<br><br>    Defendants. | Case No. 1:21-cv-00854-DAD-SKO<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**<br><br>(Doc. 65) |

Before the Court is the United States' and Defendants' Joint Motion for Extension of Deadlines. (Doc. 65.) Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that:

1. The motion for extension of deadlines is GRANTED; and

2. The Scheduling Order (Doc. 54) is MODIFIED as follows:

| Event | Continued Date |
|---|---|
| Disclosure of experts | 1/10/2023 |
| Disclosure of rebuttal experts | 2/7/2023 |
| Expert and non-expert discovery deadline | 3/7/2023 |
| Non-dispositive pre-trial motion deadline | Filed by 4/7/2023 and heard by 5/17/2023 |
| Dispositive motion deadline | Filed by 4/7/2023 and heard by 5/16/2023 |
| Pretrial conference date | 7/24/2023 at 2:30 p.m. |
| Trial date | 9/19/2023 at 1:00 p.m. |
| Deadline to propose settlement conference dates | 12/16/2022 |

IT IS SO ORDERED.

Dated:   **June 15, 2022**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE