1

2

3

4

5

6

7

8                                   **UNITED STATES DISTRICT COURT**

9                                   **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    )   Case No.: 1:21-cv-00854-ADA-SKO
                                                  )
12            Plaintiff,                          )   ORDER ADVISING PARTIES OF AMENDMENT
                                                  )   OF LOCAL RULE AND THAT IF PARTIES WISH
13        v.                                      )   TO HAVE CASE STAY WITHIN THE CURRENT
                                                  )   FRESNO COURT DIVISION, THEY MAY
14   JG SNIDER ENTERPRISES, INC., et al.,         )   CONSENT TO MAGISTRATE JUDGE
                                                  )   JURISDICTION
15            Defendants.                         )
                                                  )
16                                                )   **FOURTEEN DAY DEADLINE**

17   _____

18        Effective August 7, 2023, Local Rule 120, of the Local Rules of the United States District

19   Court, Eastern District of California, was amended.  See General Order No. 666.  Prior to amendment,

20   Local Rule 120(d) provided that "[a]ll civil and criminal actions and proceedings of every nature and

21   kind . . . arising in," among other counties, the counties of Calaveras, and Stanislaus, "shall be

22   commenced in the United States District Court sitting in Fresno, California, and in Bakersfield,

23   California, Yosemite National Park[,] or other designated places."  As now amended, Local Rule

24   120(d) provides that as for actions arising in the counties of Calaveras or Stanislaus, such actions shall

25   now "be commenced in the United States Court sitting [in] Sacramento, California, and in Redding,

26   California, or other designated places within those counties."

27        In light of the amended Local Rule 120(d), the parties are advised that, as this is an action or

28   proceeding that arises in either the county of Calaveras or Stanislaus, this case will be transferred out

                                                     1

of the District Court in the Fresno division, and to the District Court in the Sacramento division.

Before the case is transferred, the Court issues this order to advise the parties that if they wish to keep

this case in the Fresno division, they may consent to magistrate judge jurisdiction, and this case will

remain in the Fresno division and will be assigned to the current Magistrate Judge already assigned to

this action.  If the parties do not consent to Magistrate Judge jurisdiction, this action will be transferred

out of the Fresno division, and a new District Judge and Magistrate Judge will be assigned.

To consent or decline to magistrate judge jurisdiction, a party may sign and file the consent

form available on the Court's website.[1]  Parties may consent, decline or withhold consent without any

adverse consequences, and the assigned Magistrate Judge will not be informed of the individual

party's holding or withholding of consent.

Accordingly, **within 14 days** of the date of service of this order, the parties may file consent to

the Magistrate Judge jurisdiction forms, and if all parties consent, this action will remain in the Fresno

division, otherwise, the case will be transferred to the Sacramento division and a new District Judge

and Magistrate Judge will be assigned.

IT IS SO ORDERED.

Dated:    August 29, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] The consent form is available at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

2